# EXHIBIT B

#39303250_v1

CAUSE No.    DC-26-03483

STATE OF TEXAS

| | | |
|---|---|---|
| Dealer Support Network, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | IN THE DISTRICT COURT OF |
| v. | ) | DALLAS COUNTY |
| | ) | |
| Foundation Automotive Corporation and | ) | 162ND  JUDICIAL DISTRICT |
| | ) | |
| Foundation Automotive US Corporation, | ) | DALLAS COUNTY, TEXAS |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## NOTICE OF NONSUIT WITHOUT PREJUDICE AS TO DEFENDANT

## FOUNDATION AUTOMOTIVE US CORPORATION

Pursuant to Texas Rule of Civil Procedure 162, Plaintiff Dealer Support Network, LLC, by and through their undersigned counsel, hereby gives notice of nonsuit without prejudice against the Defendant Foundation Automotive US Corporation.

Dated:  April 28, 2026

Respectfully submitted,

/s/ Nicholas Parks
Nicholas Parks
Attorney for Defendant
The Parks Law Firm, PC
PO Box 200
Shannon, AL 35142
Tel:      214-991-2642
Fax:     214-441-6425
Email:  nhparks@gmail.com
Texas Bar No. : 24058032

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2025, the foregoing was filed with the Clerk of Court using the EFileTexas system, which will send notification of such filing to all counsel of record.

/s/ Nicholas H. Parks

Nicholas Parks