**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF TEXAS**

DEALER SUPPORT NETWORK, LLC,

      Plaintiff,

v.

FOUNDATION AUTOMOTIVE
 CORPORATION and FOUNDATION
AUTOMOTIVE US CORPORATION,

      Defendant.

Case No. 3:26-cv-01671-E

**NOTICE OF RELATED CASES**

In accordance with Local Rule 3.3(a), Defendant Foundation Automotive Corp., improperly sued as "Foundation Automotive Corporation" ("Foundation"), and provides notice of the following related cases:

- *Dealer Support Network, LLC v. Foundation Automotive Corporation, et al.*, pending in the in the 162nd Judicial District Court of Dallas County, Texas (Cause No. DC-26-03483).

Dated: May 22, 2026

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ George G. Robertson*
George G. Robertson
Texas Bar No. 24106352
811 Main Street, Suite 2500
Houston, Texas 77002-5227
Telephone:  (713) 821-7000
Facsimile:  (713) 821-7001
george.robertson@hklaw.com

Jordan T. Koenig
Texas Bar No. 24121702
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone:  214-969-1700
Facsimile:  214-969-1751
Jordan.Koenig@hklaw.com

**ATTORNEYS FOR DEFENDANT
FOUNDATION AUTOMOTIVE CORP.**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on counsel for Plaintiff Dealer Support Network, LLC via email and first-class mail on May 22, 2026.

*/s/ Jordan T. Koenig*
Jordan T. Koenig