**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| Dealer Support Network, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:26-cv-01671-E |
| | ) | |
| Foundation Automotive Corporation, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## PLAINTIFF'S AGREED MOTION FOR ALTERNATE TRIAL SETTING

COMES NOW Plaintiff Dealer Support Network, LLC, by and through counsel, and files its Agreed Motion for Alternate Trial Setting and will show the Court as follows:

Pursuant to the Court's Scheduling Order entered on June 25, 2026, this matter is scheduled for bench trial during the three-week period beginning on July 13, 2027. Further, the Court ordered that potential conflicts be brought to the Court's attention in writing within ten days from the date of the Order. Accordingly, on July 1, 2026, counsel for Plaintiff emailed Ms. Cynthia Thornton informing her that counsel has a conflict in that he has a family vacation planned the week of July 26-30, 2027.

Thereafter, counsels for the parties conferred and agreed to an alternate three-week trial period of August 9-27, 2027.

For good cause shown, Plaintiff moves that the Court amend the Scheduling Order and reset the bench trial in this matter for the three-week period of August 9-27, 2027.

Dated: July 8, 2026

Respectfully submitted,

s/Nicholas H. Parks
Nicholas H. Parks
The Parks Law Firm, P.C.
Alabama Bar No: 7306M46B
Texas Bar No: 24058032
PO Box 200
Shannon, AL 35142
Phone: 214-991-2642
Fax: 214-441-6425
Email: nhparks@gmail.com

## CERTIFICATE OF CONFERENCE

Counsels for the parties conferred via email on July 7, 2026.  Counsels for Defendant stated that they are in agreement with the Motion.

/s/ Nicholas H. Parks

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Nicholas H. Parks