**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

DEALER SUPPORT NETWORK LLC,            §
                                       §
    Plaintiff,                         §
                                       §
v.                                     §   Civil Action No. 3:26-CV-01671-E
                                       §
FOUNDATION AUTOMOTIVE                  §
CORPORATION et al.,                    §
                                       §
    Defendants.                        §
                                       §

### ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR ALTERNATE TRIAL SETTING

Before the Court is Plaintiff's Agreed Motion for Alternate Trial Setting. Having considered the Motion (Doc. 11), briefs of the parties, and all other relevant matters, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED the bench trial is reset for Tuesday August 10, 2027 at 9:00 am and the pretrial conference is reset for Monday August 9, 2027 at 10:00 am.  All other pretrial deadlines set out in the Scheduling Order ECF #10 remain unchanged.

**SO ORDERED.**

20th day of July, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE