# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS

DEALER SUPPORT NETWORK, LLC,

      Plaintiff,

v.

FOUNDATION AUTOMOTIVE
 CORPORATION,

      Defendant.

Case No. 3:26-CV-01671-E

## JOINT REPORT NAMING MEDIATOR

In accordance with the June 25, 2026 Scheduling Order [Dkt. No. 10], Plaintiff

Dealer Support Network, LLC and Defendant Foundation Automotive Corp. jointly inform

the Court they have agreed to mediate the above-styled case with Ross W. Stoddard, III:

Ross W. Stoddard, III, Attorney-Mediator
Williams Square in Las Colinas
5215 N. O'Connor Blvd, Suite 1820
DFW (Las Colinas/Irving), TX 75039
Tel: (972) 869-2300

Dated: July 30, 2026

Jointly submitted,

**HOLLAND & KNIGHT LLP**

*/s/ George G. Robertson*
George G. Robertson
Texas Bar No. 24106352
811 Main Street, Suite 2500
Houston, Texas 77002-5227
Telephone:  (713) 821-7000
Facsimile:  (713) 821-7001
george.robertson@hklaw.com

Jordan T. Koenig
Texas Bar No. 24121702
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone:  214-969-1700
Facsimile:  214-969-1751
Jordan.Koenig@hklaw.com

**ATTORNEYS FOR
FOUNDATION AUTOMOTIVE**

**THE PARKS LAW FIRM, PC**

*/s/ Nicholas H. Parks*
Nicholas H. Parks, Esq.
Texas Bar No.: 24058032
The Parks Law Firm, PC
PO Box 200
Shannon, AL 35142
Tel: 214-991-2642
Fax: 214-441-6425
nhparks@gmail.com

**ATTORNEY FOR PLAINTIFF**

2